**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROY G. FORD
(513) 564-7016
www.ca6.uscourts.gov

Filed: August 29, 2005

David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502

Harold Dunne
17199 N. Laurel Park Drive
Suite 306 Powerscourt Building
Livonia, MI 48152-7904

Samuel C. McKnight
Klimist, McKnight, Sale, McClow & Canzano
400 Galleria Officentre
Suite 117
Southfield, MI 48034-8460

Stuart M. Israel
Martens, Ice, Klass, Legghio & Israel
306 S. Washington
Suite 600
Royal Oak, MI 48067

Andrew M. Kramer
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Andrew Nickelhoff
Sachs Waldman
1000 Farmer Street
Detroit, MI 48226

RE: 03-2468
Garrish, et al vs. UAW, et al
District Court No. 00-40291

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Roy G. Ford
Briefs Deputy

cc:
    Honorable Paul V. Gadola

00-40291

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

U.S. DIST. COURT CLERK
EAST DIST. MICH.
FLINT

No: 03-2468

2005 AUG 31 P 2: 29

Filed: August 29, 2005

DALE GARRISH, et al.

FILED

    Plaintiffs - Appellants

v.

UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, INTERNATIONAL UNION (UAW),
UNITED AUTO WORKERS LOCAL 594,
GENERAL MOTORS CORPORATION, GORDON CAMPBELL, and
TODD FANTE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 8/5/05 the mandate for this case hereby issues today.

COSTS: NONE

Filing Fee ...........$
Printing ............$

    Total .........$

Attest:

A True Copy.

Deputy Clerk